KEVIN V. RYAN, CSBN 118321
United States Attorney
JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
Chief, Civil Division
ILA C. DEISS, NY SBN 3052909
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Telephone: (415) 436-7124
FAX: (415) 436-7169

Attorneys for Defendants

**ORDER E-FILED ON 12/8/06**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| VICTOR SOTO, <br><br> Plaintiff, <br><br> v. <br><br> ROBERT S. MUELLER, III, Director, Federal Bureau of Investigations; *et al.*, <br><br> Defendants. | No. C 06-5006 HRL <br><br> STIPULATION FOR REMAND and [PROPOSED] ORDER |

Plaintiff, by and through his attorney of record, and Defendants, by and through their attorneys of record, hereby stipulate, subject to the approval of the Court, that this action be remanded pursuant to 8 U.S.C. 1447 (b) to the United States Citizenship and Immigration Services ("USCIS") with an Order from the Court that Defendant Federal Bureau of Investigations ("FBI") complete Plaintiff's security check and to provide USCIS with the outcome of that check within 30 days of entry of the Order.  The parties further stipulate that the Court order USCIS to adjudicate Plaintiff's Naturalization Application ("Form N-400") within 30 days after receipt of the outcome of the FBI's completed security check.

| | | |
|---|---|---|
| 1 | Dated: December 7, 2006 | /s/ |
| 2 | | ILA C. DEISS |
| | | Attorney for Defendants |

Dated: December 7, 2006                                  /s/
                                                        BERNADETTE W. CONNOLLY
                                                        Attorney for Plaintiff

**ORDER**

IT IS HEREBY ORDERED that this case be, and hereby is, REMANDED to the United States Citizenship and Immigration Services ("USCIS") with directions to Defendant Federal Bureau of Investigations ("FBI") to complete Plaintiff's security check and to provide USCIS with the results of that security check within 30 days of entry of the Order. USCIS is directed to adjudicate Plaintiff's Naturalization Application ("Form N-400") within 30 days after receipt of the results of the FBI's completed security check.

Date:   December 8, 2006

                                                        _____
                                                        HOWARD R. LLOYD
                                                        United States Magistrate Judge

Stipulation for Remand
C06-5006 HRL                                    2